| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Vecchiarelli, Nancy A. | 2. Court or Organization<br><br>Northern District of Ohio | 3. Date of Report<br><br>05/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge-Full Time | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>10B Carl B. Stokes U.S. Court House<br>801 West Superior Avenue<br>Cleveland, OH 44113 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | U.S. Department of Justice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ohio Savings Bank (account) aka New York Community Bank | A | Interest | J | T | | | | | |
| 2. FIDELITY BROKERAGE ACCOUNT: | | | | | | | | | |
| 3. - Fidelity Cash Account | A | Int./Div. | M | T | | | | | |
| 4. - Fidelity Contrafund (Mutual Fund) | B | Dividend | J | T | | | | | |
| 5. - Apple (AAPL) | C | Dividend | M | T | Buy (add'l) | 01/16/14 | J | | |
| 6. Vale S.A. Spons ADR (VALE) | B | Dividend | K | T | | | | | |
| 7. Occidental Petroleum Corp. (OXY) | A | Dividend | | | Sold (part) | 01/17/14 | J | A | |
| 8. Occidental Petroleum Corp. (OXY) | A | Dividend | | | Sold | 09/10/14 | J | B | |
| 9. Emerson Electric Co. (EMR) | | None | | | Sold | 01/28/14 | K | A | |
| 10. American Express Co. (AXP) | | None | | | Sold | 01/08/14 | J | A | |
| 11. General Motors Corp. (GM) | B | Dividend | | | Buy (add'l) | 01/08/14 | J | | |
| 12. General Motors Corp. (GM) | B | Dividend | K | T | Buy (add'l) | 01/30/14 | J | | |
| 13. General Motors Corp. (GM) | B | Dividend | K | T | Buy (add'l) | 02/07/14 | J | | |
| 14. Intel Corp (INTC) | A | Dividend | | | Buy | 01/30/14 | J | | |
| 15. Intel Corp (INTC) | A | Dividend | | | Sold | 06/13/14 | J | B | |
| 16. United Technologies (UTX) | A | Dividend | | | Buy | 07/30/14 | J | | |
| 17. United Technologies (UTX) | A | Dividend | | | Buy (add'l) | 08/04/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. United Technologies (UTX) | A | Dividend | | | Buy (add'l) | 08/07/14 | J | | |
| 19. United Technologies (UTX) | A | Dividend | K | T | Sold (part) | 09/10/14 | J | B | |
| 20. FIDELITY ROLLOVER RETIREMENT ACCT: | | | | | | | | | |
| 21. - Fidelity Cash | A | Int./Div. | K | T | | | | | |
| 22. - Fidelity Contrafund (Mutual Fund) | B | Distribution | J | T | | | | | |
| 23. Timken Co. (TKR) | A | Dividend | | | Sold | 05/07/14 | K | C | |
| 24. American Express Co (AXP) | A | Dividend | | | Sold | 01/08/14 | J | A | |
| 25. Emerson Electric Co. (EMR) | | None | | | Sold (part) | 01/28/14 | J | A | |
| 26. Emerson Electric Co. (EMR) | | None | | | Sold | 02/07/14 | J | A | |
| 27. General Motors Co. (GM) | A | Dividend | | | Buy (add'l) | 01/30/14 | J | | |
| 28. General Motors Co. (GM) | A | Dividend | J | T | Buy (add'l) | 02/07/14 | J | | |
| 29. Intel (INTC) | A | Dividend | | | Buy | 01/31/14 | J | | |
| 30. Intel (INTC) | A | Dividend | | | Sold | 06/13/14 | J | A | |
| 31. Freeport McMoran Inc ("FCX") | | None | J | T | Buy | 07/29/14 | K | | |
| 32. FIDELITY IRA: | | | | | | | | | |
| 33. - Fidelity Cash | A | Int./Div. | J | T | | | | | |
| 34. Fidelity Europe Fund (FIEUX) | | None | | | Sold | 07/17/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple Inc. ("AAPL") | A | Dividend | K | T | Buy | 07/24/14 | K | | |
| 36. CENTURY FEDERAL CREDIT UNION (account) | A | Interest | J | T | | | | | |
| 37. FIDELITY INDIVIDUAL ACCOUNT FOR EDWARD PARKS III (relative) | | | | | | | | | |
| 38. - Fidelity Cash | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vecchiarelli, Nancy A. | 05/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 2, 20, 32 and 37 are Headers.  Where a stock or mutual fund reflects dividends or distributions, the amount is reflected for all shares held on each line even though the shares were bought through multiple purchases over time..

Lines 37 and 38:  The Edward Parks Individual Account at Fidelity Investments was opened by him but is now inactive and **the deminimus cash balance is below the reportable amount.  I have authorized access ot the account.  He is a relative and an adult.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy A. Vecchiarelli**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544